UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00605-JHM-RSE

**JAMES ELLIS LANG,**                            Petitioner,

v.

**LADEIDRA N. JONES,**                            Respondent.

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed her Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court adopts the Findings of Fact, Conclusions of Law, and Recommendation as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (DN 1) is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

cc: Counsel of record, *Pro se* Petitioner

November 18, 2024